UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Susan D. Wigenton |
| v. | : Crim. No. 09-147 |
| EDWIN THOMAS | : ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Jonathan Romankow, Assistant U.S. Attorney, appearing), and defendant Edwin Thomas (Lorraine Gauli-Rufo, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 U.S.C. § 3161; and for good cause shown; and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are continuing, and both the United States and the defendant desire additional time to attempt to resolve this matter which would render any trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 16 day of April, 2009

ORDERED that, the proceedings in this matter are continued for a period of 60 days from April 8, 2009, to and through June 5, 2009; and it is further

ORDERED that the period from the time from April 8, 2009, to and through June 5, 2009, and any additional delay resulting from the grant of this application, is excludable time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161.

HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

JONATHAN W. ROMANKOW
Assistant U.S. Attorney

LORRAINE GAULI-RUFO, ESQ.
Counsel for defendant Edwin Thomas