UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    *Plaintiff,*<br> v.<br><br>EDWIN THOMAS<br><br>    *Defendant.* | Honorable Susan D. Wigenton<br><br>Criminal No. 09-147 (SDW)<br><br>PRELIMINARY ORDER OF FORFEITURE |

  **WHEREAS**, on March 4, 2009, the United States filed an Indictment, Criminal No. 09-147, against Edwin Thomas (hereinafter "Defendant"), charging him with a violation of 18 U.S.C. § 922(g)(1); and

  **WHEREAS**, the defendant having been convicted of the offense in violation of 18 U.S.C. § 922(g)(1); and

  **WHEREAS**, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), a person convicted of an offense in violation of 18 U.S.C. § 922(g)(1) shall forfeit to the United States any firearm or ammunition involved in or used in that offense; and

  **WHEREAS**, by virtue of the above, the United States is now entitled to possession of the following:

    a. One Romarm SA/Cugir WASR-10 7.62 millimeter rifle bearing serial number I-37219-2002; and

    b. One Armscor of the Philippines M1600 .22 caliber rifle bearing serial number A438762; and

  It is hereby **ORDERED, ADJUDGED, AND DECREED:**

  **THAT** the herein described assets, namely:

   a. One Romarm SA/Cugir WASR-10 7.62 millimeter rifle bearing serial number I-37219-2002; and

   b. One Armscor of the Philippines M1600 .22 caliber rifle bearing serial number A438762; are hereby forfeited to the United States of America pursuant to the provisions 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), for disposition in accordance with the provisions of 21 U.S.C. § 853 as incorporated through 28 U.S.C. § 2461(c); and

**THAT**, pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property in such a manner as the Attorney General may direct, including posting notice on the official internet government forfeiture site, namely www.forfeiture.gov, for at least 30 consecutive days; and

**THAT**, pursuant to 21 U.S.C. § 853(n)(2), any person, other than the Defendant, asserting a legal interest in any of the above-listed property must file a petition with the Court within **thirty (30)** days of the final publication of notice or of receipt of actual notice, whichever is earlier, and state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and

**THAT**, pursuant to 21 U.S.C. § 853(n)(3), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, and any additional facts supporting the petitioner's claim and the relief sought; and

**THAT**, the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this

Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

**THAT**, the aforementioned forfeited property is to be held by the appropriate United States agency in its secure custody and control until the appropriate disposition of said Property by the United States; and

**THAT**, upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

**ORDERED** this 21st day of June, 2010.

_____
Honorable Susan D. Wigenton
United States District Judge

-3-