2009R00224
JWR/dc

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br>v.<br><br>EDWIN THOMAS<br><br>*Defendant.* | Honorable Susan D. Wigenton, U.S.D.J.<br><br>Criminal No. 09-147<br><br>FINAL ORDER OF FORFEITURE |

**WHEREAS**, on March 4, 2009, an Indictment was filed charging defendant Edwin Thomas with possession of a firearm by a convicted felon, namely a Romarm SA/Cugir WASR-10 7.62 millimeter rifle, bearing serial number I-37219-2002, and an Armscor of the Phillipines M1600 .22 caliber rifle, bearing serial number A438762, in violation of 18 U.S.C. § 922(g)(1); and

**WHEREAS,** on November 13, 2009, defendant Edwin Thomas was found guilty by a jury verdict of possession of a firearm by a convicted felon; and

**WHEREAS,** on June 22, 2010, a Preliminary Order of Forfeiture was entered, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), for the forfeiture of the following property (the "Property"):

    (a)    Romarm SA/Cugir WASR-10 7.62 millimeter rifle, bearing serial number I-37219-2002; and

    (b)    Armscor of the Phillipines M1600 .22 caliber rifle, bearing serial number A438762; and

**WHEREAS**, pursuant to 21 U.S.C. § 853(n)(1) as incorporated through 28 U.S.C. § 2461(c), a Notice of Forfeiture with respect to the Property was posted on an official government internet site, namely www.forfeiture.gov, beginning on July 20, 2010, and running for thirty consecutive days through August 18, 2010 (see Exhibit A to the Declaration of Jonathan W. Romankow with Exhibits); and

**WHEREAS,** no claims or answers have been filed against the Property within the time permitted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT** a Final Order of Forfeiture is entered against the Property, namely:

(a) Romarm SA/Cugir WASR-10 7.62 millimeter rifle, bearing serial number I-37219-2002; and

(b) Armscor of the Phillipines M1600 .22 caliber rifle, bearing serial number A438762,

and no right, title or interest in the Property shall exist in any other party; and

**THAT** the Court authorizes the United States to dispose of the Property in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 15th day of February 2011.

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge

-2-